```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12667
   BRENT E MELBY
   TAMMIE MELBY                                 CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-3961    SSN XXX-XX-0084
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/16/07 and confirmed on 09/26/07.

2. The case was dismissed after confirmation, 05/16/2008.

3. The Debtor paid a total of $ 8400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNIVERSAL MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| UNIVERSAL MORTGAGE | MORTGAGE ARRE | 20293.16 | .00 | 3145.21 |
| AMC FINANCIAL HOLDINGS | SECURED | .00 | .00 | .00 |
| AMC FINANCIAL HOLDINGS | MORTGAGE ARRE | 14117.07 | .00 | 2187.99 |
| ACTIVITY COLLECTION SVC | UNSECURED | 444.56 | .00 | .00 |
| AMERICAN CASH & GO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 520.50 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 237.22 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| FRIENDLY FORD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NPS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2525.46 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6135.68 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2189.66 | .00 | .00 |
| TRICAP INVESTMENT PARTNE | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 34410.23 | .00      | 12053.08  | .00   | 46463.31 |
| PRINCIPAL PAID     | 5333.20  | .00      | .00       | .00   | 5333.20  |
| INTEREST PAID      | .00      | .00      | .00       | .00   | .00      |
| TOTAL PAID         | 5333.20  | .00      | .00       | .00   | 5333.20  |

The Debtor's attorney, GREGORY J MARTUCCI            , was allowed $   3000.00
and was paid $    970.00   direct and $   2030.00   through the plan.

The Trustee received $    436.80 .

Refunds to the Debtor totaled $    600.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE